Chicago Securities Corporation, appellant, v. Clarence J. Olsen et al., defendants below. Charles H. Albers, appellee. Gen. No. 39,421.

Opinion filed May 3, 1938.

Vernon R. Loucks and A. J. Hennings, for appellant; Richard W. Proctor, of counsel. Litsinger, Healy, Reid & Bye, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Max Goldstein, appellee, v. Elick Phillips and Phillips Jewelry Store, Inc., appellants. Gen. No. 39,681.

Opinion filed May 3, 1938.

Dana R. Simpson, for appellants. Golan, Blumenthal & Golan, for appellee; Samuel L. Golan and Leo A. Miller, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

William H. Terrell, appellee, v. George H. Wilson, appellant. Gen. No. 39,701.

Opinion filed May 3, 1938.

Zedrick T. Braden, Houston H. Hall and George S. Barnes, for appellant. Henry C. Ferguson, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.